IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      CRIMINAL NO. 11-CR-30152-DRH

MARK CLARKE,

    Defendant.

# ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

On January 23, 2012, this Court entered an order for forfeiture against defendant Mark Clark for the following property which had been seized from said defendant:

1. **$196,635.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008;**

2. **$187,290.00 in United States currency seized from David Clarke and Linda Spence on March 3, 2008;**

3. **$136,420.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008; and**

4. **$90,291.00 in United States currency seized from Linda Spence on March 3, 2008.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February

1

5, 2012, and ending March 5, 2012, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 23, 2012, namely:

1. **$196,635.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008;**

2. **$187,290.00 in United States currency seized from David Clarke and Linda Spence on March 3, 2008;**

3. **$136,420.00 in United States currency seized from Sandra Clarke and Linda Spence on February 26, 2008; and**

4. **$90,291.00 in United States currency seized from Linda Spence on March 3, 2008.**

The United States Marshal shall dispose of the property according to law.

**DATE: May 30, 2012**

David R. Herndon
2012.05.30
05:10:21 -05'00'

**Chief Judge
United States District Court**