UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

        Plaintiff,

   v.

Mark Clarke,

        Defendant,        Case No. 3:11CR30152-002-DRH

## ORDER REMITTING FINE

This matter is before the Court on the Government's motion, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (**Doc 76**).  In the interest of justice, based upon the government's showing that reasonable efforts to collect the fine are not likely to be effective, the government's motion is **GRANTED**.  Accordingly, the unpaid portion of the fine imposed against Defendant in the amount of $220.00, is **REMITTED** pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

DATED:   September 6, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.06
09:38:22 -05'00'

**Chief Judge**
**United States District Court**